**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 1:25-1** |
| | : | |
| **LUCIEN LAKE** | : | |

# ORDER

**AND NOW**, this 31st day of August 31, following today's evidentiary hearing on Defendant's Motions to suppress a post-arrest statement (ECF 121), to suppress evidence obtained from cellular telephone (ECF 143), United States's Oppositions (ECFs 128, 148), United States's prehearing Memorandum (ECF 149), United States's amended prehearing Memorandum responsive to our August 27, 2026 Order (ECF 149), after evaluating the credibility of law enforcement witnesses, exhibits and video evidence, for the reasons detailed on the record today, and for good cause based on our findings, it is **ORDERED** we **DENY** Defendant's Motions to suppress:

Rec'd DOJ-SX 08 31'26 PM04:25

1. A post-arrest statement (ECF 121); and,

2. Evidence obtained from cellular telephone (ECF 143) seized as part of a border search and seizure subject to narrowing the evidence to information timely produced to the Defendant.

KEARNEY, J.